IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA JORDAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 10-3470 |
| SOUTHEASTERN PENNSYLVANIA | : | |
| TRANSIT AUTHORITY, et al. | : | |

## ORDER

AND NOW, this 3rd day of February, 2011, "Defendants' Motion to Dismiss Counts Eight and Nine of Plaintiff's Complaint" (docket no. 3) is granted in part. Count Nine of the complaint, alleging wrongful termination based on plaintiff's assertion of her rights under Pennsylvania's Worker's Compensation Act, is dismissed. The remainder of the motion is denied. A memorandum accompanies this order.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.