IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARBARA JORDAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 10-3470 |
| SOUTHEASTERN PENNSYLVANIA | : | |
| TRANSIT AUTHORITY, et al. | : | |

## **ORDER**

AND NOW, this 19th day of March, 2012, it is ordered as follows:

1. "Plaintiff's Motion for Partial Summary Judgment as to Plaintiff's FMLA Claims" (docket no. 14) is denied.

2. "Defendants' Cross-motion for Partial Summary Judgment" (docket no. 18) is granted. Judgment is entered in favor of defendants and against plaintiff on Count Eight of the complaint.

A memorandum accompanies this order.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.