IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA JORDAN : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 10-3470 |
| SOUTHEASTERN PENNSYLVANIA : | |
| TRANSPORTATION AUTHORITY : | |
| and MICHAEL KELLY : | |

## ORDER

AND NOW, this 8th day of October, 2012, having considered Defendants' Motion for Summary Judgment (Doc. 32), Plaintiff's Response in Opposition thereto (Doc. 37), Defendants' Reply (Doc. 46), and both parties' letter briefs in response to the court's request for supplemental briefing (Docs. 48, 50), and for the reasons detailed in the accompanying Memorandum, it is hereby ORDERED that the motion is GRANTED IN PART and DENIED IN PART as follows:

1. Summary judgment as to Count 1 is GRANTED for all defendants;

2. Summary judgment as to Count 2 is GRANTED for all defendants;

3. Summary Judgment as to Count 3 is GRANTED for Kelly and DENIED for SEPTA;

4. Summary Judgment as to Count 4 is GRANTED for SEPTA and DENIED for Kelly;

5. Summary Judgment as to Count 5 is GRANTED for all defendants;

6. Summary Judgment as to Count 6 is DENIED for all defendants; and

7. Summary Judgment as to Count 7 is GRANTED for SEPTA; for Kelly, summary judgment is GRANTED on Plaintiff's Fourth and Fourteenth Amendment claims and DENIED on Plaintiff's First Amendment claims.

/s/ L. Felipe Restrepo
Hon. L. Felipe Restrepo
U.S. Magistrate Judge