IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA JORDAN | : |
| | :    CIVIL ACTION |
| v. | : |
| | :    NO. 10-3470 |
| SOUTHEASTERN PENNSYLVANIA | : |
| TRANSPORTATION AUTHORITY | : |
| and MICHAEL KELLY | |

ORDER

AND NOW, this 26th day of March, 2013, upon consideration of Plaintiff's Motion for Attorney's Fees and Costs and for an Order to Make Whole (Doc. #82), Defendants' Response thereto (Doc #91), and Plaintiff's Reply in Further Support of Her Motion (Doc. #92) and for the reasons set forth in the preceding Memorandum Opinion, it is hereby ORDERED that:

(1) Plaintiff's recovery of fees and costs from Defendant is limited to $100,938.38 in attorney's fees and $5,628.00 in costs.

(2) Defendant is directed to pay the sum of $6,396.00 in back pay to Plaintiff.

BY THE COURT:

**/s/ L. Felipe Restrepo**
L. Felipe Restrepo
United States Magistrate Judge